## District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 1/27/2009                                              Case Number 2:08-cr-162
Case Style: USA vs. Ronald Price
Type of Hearing Sentencing
2508-Copenhaver
Court Reporter Barbara Steinke                 Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government Larry R. Ellis, Hunter P. Smith, Jr.

Attorney(s) for the Defendant(s) Gregory J. Campbell

Law Clerk                                       Probation Officer Beth Srednicky

### Trial Time

### Non-Trial Time

### CourtTime

3:16 pm   to 3:45 pm
Total Court Time: 0 Hours 29 Minutes Non-Trial Time/Uncontested Time

### Courtroom Notes

3:00 case set

3:16 - case called - defendant sworn - defense counsel over PSR with defendant thoroughly and he understands - defendant read PSR, went over with his attorney, he explained, understands everything

No objections

Report is factually correct - defense counsel, defendant

Parties agree TOL 13 + I = 12-18 months

Parties agree restitution is $151,228

Mitigation - defense counsel, government, defendant

Court stated reasons for sentence including 3553(a) factors determining guideline range is appropriate

Sentence - 12 months and one day - 3 years supervised release - restitution $151,228 paid $1,000 by January 30, 2009 and first payment on March 1, 2009 at rate of $400 per month and the first of every month thereafter

Self-report on 7/31/09

10 days to appeal

## District Judge Daybook Entry

3:45 concluded