```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                              CRIMINAL ACTION NO. 2:08-00162

**RONALD WAYNE PRICE**


<u>O R D E R</u>

Upon the United States Motion for Reduction of Sentence, Motion to Defer Ruling, and Motion to Postpone Self-Report Date, filed on December 10, 2009, by its counsel, Charles T. Miller, United States Attorney, wherein it is requested that the court (1) reduce the defendant's sentence pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure; (2) defer and delay action on the motion until the defendant has had an opportunity to fulfill and complete his contemplated assistance to the government and until the court has been completely apprised of the extent and nature of that assistance; and (3) postpone the date for the defendant to self-report for his term of incarceration to a date sometime after July 21, 2010; and the defendant, by his counsel, Gregory J. Campbell, having no objection to any of the relief requested; it is ORDERED that the

United States' motion to defer action on its substantial assistance motion and motion to extend the defendant's self-report date be, and they hereby are, granted and the court will, accordingly, defer action on the government's substantial assistance motion and set a date and time for hearing the motion at a later date at which time the court will rule on the motion to reduce defendant's sentence.  It is further ORDERED that the defendant's previously ordered self-report date of January 20, 2010, is vacated and extended generally so that the defendant may instead report to the institution designated by the Bureau of Prisons on a date to be later determined by the court.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, the United States Probation Department and the United States Marshal.

DATED: January 7, 2010

_____
John T. Copenhaver, Jr.
United States District Judge