```
           IN THE UNITED STATES DISTRICT COURT FOR THE
                SOUTHERN DISTRICT OF WEST VIRGINIA
                           CHARLESTON
```

UNITED STATES OF AMERICA

v.                                        CRIMINAL NO.   2:08-00162

RONALD WAYNE PRICE


<u>MOTION FOR HEARING ON RULE 35 MOTION</u>

   Now comes the United States of America, by Larry R. Ellis and Hunter P. Smith Jr., Assistant United States Attorneys for the Southern District of West Virginia, and states as follows:

   On December 10, 2009, the United States filed a motion for Reduction of Sentence, Motion to Defer Ruling, and Motion to Postpone Self-Report Date in this case.

   By order dated June 7, 2010, the Court granted the government's motion to defer ruling on the substantial assistance motion and to postpone the defendant's self-report date in order to allow the defendant full opportunity to provide all possible assistance to the government.

   Inasmuch as the defendant's cooperation is now complete, the United States hereby moves the Court to set a date for a hearing on

the pending Rule 35(b) motion so that the Court may be fully advised of the nature and extent of the defendant's cooperation with and assistance to the government before ruling on that motion.

    Respectfully submitted,

    R. BOOTH GOODWIN II
    United States Attorney

By:
    s/Larry R. Ellis
    LARRY R. ELLIS
    WV Bar No. 1122
    Assistant U.S. Attorney
    P.O. Box 1713
    Charleston, WV 25326
    Telephone: (304) 345-2200
    Fax: (304) 347-5706
    E-mail: larry.ellis@usdoj.gov

    s/Hunter P. Smith Jr.
    HUNTER P. SMITH JR.
    Assistant United States Attorney
    WV State Bar No. 3467
    300 Virginia Street, East
    Room 4000
    Charleston, WV 25301
    Telephone: 304-345-2200
    Fax: 304-347-5104
    E-mail: hunter.smith@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "Motion for Hearing on Rule 35 Motion" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 17th day of August, 2011, to:

        Gregory J. Campbell, Esquire
        602 Virginia Street, East - Suite 300
        Charleston, West Virginia  25301

                s/Larry R. Ellis
                LARRY R. ELLIS
                WV Bar No.  1122
                Assistant U.S. Attorney
                P.O. Box 1713
                Charleston, WV  25326
                Telephone:  (304) 345-2200
                Fax:  (304) 347-5706
                E-mail: larry.ellis@usdoj.gov