# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 9/30/2011                                                                 Case Number 2:08-cr-162
Case Style: USA vs. Ronald Wayne Price
Type of hearing Resentencing
Before the honorable: 2508-Copenhaver
Court Reporter Barbara Steinke                                                   Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government Larry R. Ellis


Attorney(s) for the Defendant(s) Gregory J. Campbell


Law Clerk                                                                        Probation Officer

## Trial Time



## Non-Trial Time



## Court Time

10:54 am   to 11:08 am
10:03 am   to 10:20 am
Total Court Time: 0 Hours 31 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

10:00 case set

10:03 - case called - defendant sworn

Government elaborated on motion for substantial assistance

Defendant responded

Court recessed in order to explore community confinement options

10:20 Recess

10:54 Resume

Court inquired of defendant regarding his employment

Court stated reasons for reduction/sentence

Sentence - 5 years probation - 1 year home confinement (no electronic monitoring)

## District Judge Daybook Entry

14 days to appeal

11:08 concluded