```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                                     **CRIMINAL ACTION NO. 2:08-00162**

**RONALD WAYNE PRICE**

<u>O R D E R</u>

On September 30, 2011, the defendant appeared by his counsel, Gregory J. Campbell, and the United States of America, by Larry R. Ellis, Assistant United States Attorney, for hearing and resentencing pursuant to the government's Motion for Reduction of Sentence, filed on December 10, 2009, which motion the United States filed in accordance with Rule 35(b) of the Federal Rules of Criminal Procedure.

After hearing the parties and counsel, it is ORDERED that the sentence of imprisonment of twelve months and one day and three-year term of supervised release imposed by the Judgment Order entered in this action on January 30, 2009, be, and it hereby is, reduced to a term of FIVE (5) YEARS probation with a ONE (1) YEAR term of home confinement during which time the defendant shall remain continuously at his residence except for the following approved absences: (a) lawful, gainful employment; (b) medical emergency; (c) one religious service per week; and (d) any other purpose which has the prior approval of the probation officer.

It is further ORDERED that in all other respects the Judgment Order entered in this action on January 30, 2009, shall remain in full force and effect.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED:  October 7, 2011

John T. Copenhaver, Jr.
United States District Judge